APPEAL,CLOSED,IFP,PROSE−NP,TYPE−F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:23−cv−01820−UNA
### *Internal Use Only*

COLLIER v. TRUMP                                            Date Filed: 06/15/2023
Assigned to: Unassigned                                    Date Terminated: 07/12/2023
Cause: 28:1983 Civil Rights                                Jury Demand: None
                                                           Nature of Suit: 440 Civil Rights: Other
                                                           Jurisdiction: Federal Question

**Plaintiff**

**IRINA COLLIER**                     represented by   **IRINA COLLIER**
*and for all similarly situated*                       3840 Ingraham St., Unit 207
                                                       San Diego, CA 92109
                                                       PRO SE

V.

**Defendant**

**DONALD J. TRUMP**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/15/2023 | | **Initiating Pleading & IFP Application Received on 06/15/2023.** A copy of the docket sheet has been mailed to the address of record for the pro se party. (zcb) (Entered: 06/23/2023) |
| 06/15/2023 | 1 | COMPLAINT against DONALD J. TRUMP filed by IRINA COLLIER. (Attachments: # 1 Civil Cover Sheet)(zcb) (Entered: 06/23/2023) |
| 06/15/2023 | 2 | MOTION for Leave to Proceed in forma pauperis by IRINA COLLIER. (zcb) (Entered: 06/23/2023) |
| 07/12/2023 | 3 | MEMORANDUM AND OPINION. Signed by Judge Trevor N. McFadden on 07/12/2023. (zcb) (Entered: 07/14/2023) |
| 07/12/2023 | 4 | ORDER DISMISSING PRO SE CASE WITHOUT PREJUDICE. Ordered that the application of the plaintiff to proceed in forma pauperis 2 is granted. This is a final appealable Order. Pro Se party has been notified by first class mail. Signed by Judge Trevor N. McFadden on 07/12/2023. (zcb) (Entered: 07/14/2023) |
| 10/10/2023 | 5 | Mail Returned as Undeliverable re 4 Order Dismissing Pro Se Case, 3 Memorandum & Opinion Sent to IRINA COLLIER; Resent to New Address: Forwarding address not provided. (zcb) (Entered: 10/17/2023) |
| 02/08/2024 | 6 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 4 Order Dismissing Pro Se Case, 3 Memorandum & Opinion by IRINA COLLIER. Fee Status: No fee paid. Parties have been notified. (Attachments: # 1 Exhibit Additional documents provided by filer, # |

| | | |
|---|---|---|
| | | <u>2</u> Exhibit Additional documents provided by filer)(zcb) (Entered: 02/14/2024) |
| | | *Main Document* |
| | | Attachment # 1 *Exhibit Additional documents provided by filer* |
| | | Attachment # 2 *Exhibit Additional documents provided by filer* |

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CLERK**
**US DISTRICT & BANKRUPTCY**
**COURTS FOR DC**

_Irina Collier_
_____
Plaintiff

2024 FEB -7 P 4: 13

**RECEIVED**

vs.

Civil Action No. _23-0820 (UNA)_

_D. Trump_
_____
Defendant

**RECEIVED**
**Mail Room**

**FEB = 8 2024**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## NOTICE OF APPEAL

Notice is hereby given this ___7___ day of _February_ , 20_24_ , that

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _____ day of _____ , 20___

in favor of _____

against said _____

**RECEIVED**
**Mail Room**

**FEB - 7 2024**

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

_Irina Collier_
_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

Compelling grounds:
I was jailed by the opposition's legal team so I would miss all deadlines and NOT be able to submit all evidence in the case

3

USCA Case #24-7018    Document #2040716    Filed: 02/16/2024    Page 4 of 8

USCA Case #24-7018     Document #2040716     Filed: 02/16/2024     Page 5 of 8

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IRINA COLLIER,                                )
                                              )
          Plaintiff,                          )
                                              )
     v.                                       )          Civil Action No.   23-01820 (UNA)
                                              )
                                              )
DONALD J. TRUMP,                              )
                                              )
          Defendant.                          )

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is

**GRANTED**; it is further

**ORDERED** that the complaint and this case are **DISMISSED** without prejudice.

This is a final appealable Order.  The Clerk is requested to close this case.

TREVOR N. McFADDEN
United States District Judge

Date: July 12, 2023

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IRINA COLLIER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.   23-01820 (UNA) |
| | ) | |
| | ) | |
| DONALD J. TRUMP, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM OPINION**

This matter is before the Court on its initial review of Plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*.  The Court will grant the application and dismiss the complaint.  *See* 28 U.S.C. § 1915(e)(2)(B)(i) (requiring immediate dismissal of a frivolous action).

Plaintiff, a resident of San Diego, California, has sued former President Donald Trump for "Ceditious [sic] Conspiracy and contempt of court."  Compl. Caption.  Plaintiff states that "this is an MDL case suppressed in Ca.[,] Washington D.C., and FL," and "is the case of the family tied to the January 6 insurrection, to child trafficking and attempted murders of child and mother crimes outlined in all related cases[.]"  Compl., ECF No. 1 at 2.  The assertions continue in this incoherent manner.  *See id*. at 2-5.

Complaints premised on fantastic or delusional scenarios or supported wholly by allegations lacking "an arguable basis either in law or in fact" may be dismissed as frivolous.  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  The instant complaint satisfies this standard and therefore will be dismissed.  The Court cannot exercise jurisdiction over such a claim.  The

dismissal will be, however, without prejudice.  A separate order accompanies this Memorandum

Opinion.

TREVOR N. McFADDEN
United States District Judge

Date: July 12, 2023